# United States Court of Appeals
## For the Eighth Circuit
_____

No. 24-2113
_____

Christine Louise Kensinger

*Plaintiff - Appellant*

v.

Michelle King, Acting Commissioner of the Social Security Administration[1];
Judge Walter Hellums, Administrative Law Judge

*Defendants - Appellees*
_____

Appeal from United States District Court
for the Western District of Missouri - Springfield
_____

Submitted: February 6, 2025
Filed: February 12, 2025
[Unpublished]
_____

Before LOKEN, KELLY, and ERICKSON, Circuit Judges.
_____

PER CURIAM.

---

[1]Michelle King has been appointed to serve as Acting Commissioner of the Social Security Administration, and is substituted as appellee pursuant to Federal Rule of Appellate Procedure 43(c).

Christine Kensinger appeals the district court's[2] order affirming the denial of disability insurance benefits. We agree with the court that substantial evidence in the record as a whole supports the adverse decision. See Swink v. Saul, 931 F.3d 765, 769 (8th Cir. 2019) (standard of review).

Specifically, we find that substantial evidence supported the Administrative Law Judge's (ALJ's) conclusion that Kensinger's exposure to mold was not a severe impairment. See Page v. Astrue, 484 F.3d 1040, 1044 (8th Cir. 2007). The ALJ did not err in discounting the medical opinions on housing assistance forms, which did not identify specific functional limitations, and used a definition of "disability" that differs from the definition of "disability" in the Social Security Act. See 42 U.S.C. § 423(d)(1); KKC v. Colvin, 818 F.3d 364, 371 (8th Cir. 2016). While Kensinger also argues that the ALJ erred in failing to consider records from her chiropractic provider, that is not an acceptable medical source for determining disability. See Miller v. Colvin, 784 F.3d 472, 478 (8th Cir. 2015); Craig v. Apfel, 212 F.3d 433, 436 (8th Cir. 2000).

Accordingly, we affirm the judgment of the district court. We also deny Kensinger's motion to supplement the record on appeal.

_____

_____

[2]The Honorable Brian C. Wimes, United States District Judge for the Western District of Missouri.